# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>SEAN TODD ROSELAND<br>v.<br>NORTHERN TRUST CORPORATION | Case Number:<br>FILED: JUN 7, 2008<br>08CV3275<br>JUDGE DOW<br>MAGISTRATE JUDGE VALDEZ<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF

| |
|---|
| NAME (Type or print)<br>Stacy Bardo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/ Stacy Bardo |
| FIRM<br>Consumer Advocacy Center, P.C. |
| STREET ADDRESS<br>180 West Washington Street, Suite 700 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271913 | TELEPHONE NUMBER<br>312.782.5808 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐