## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3275            Assigned/Issued By: DAJ

Judge Name: DOW                  Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
   (Type of Writ)

__1__ Original and __1__ copies on __06/16/08__ as to __NORTHERN TRUST__
                                      (Date)
__CORPORATION._____

---

C:\wpwin80\docket\feeinfo.frm    03/14/05