AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SEAN TODD ROSELAND,

V.

NORTHERN TRUST CORPORATION,

CASE NUMBER: 08 CV 3275

ASSIGNED JUDGE: JUDGE DOW

DESIGNATED MAGISTRATE JUDGE: JUDGE VALDEZ

TO: (Name and address of Defendant)

NORTHERN TRUST CORPORATION
c/o BRUCE CHARLES JANOVSKY
50 SOUTH LASALLE ST. #M-11
CHICAGO, ILLINOIS 60603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LANCE RAPHAEL
THE CONSUMER ADVOCACY CENTER
180 WEST WASHINGTON, SUITE 700
CHICAGO, ILLINOIS 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JUN 1 6 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 6-17-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rekeia Williams | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 181 W. Madison, 11th Floor
at ext. 0-6648 at 1:10 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-17-08
                Date                Signature of Server

My Commission Expires May 10, 2009
Commission Number 625454

Address of Server: 180 W. Washington, Suite 700, Chgo IL 60602

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.