## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                           Case Number: 08-cv-3275

Roseland

v.

Northern Trust Corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Northern Trust Corporation

| |
|---|
| NAME (Type or print)<br>Kendric M. Cobb |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kendric M. Cobb |
| FIRM<br>Reed Smith LLP |
| STREET ADDRESS<br>10 South Wacker Drive |
| CITY/STATE/ZIP<br>Chciago/Illinois/60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  TELEPHONE NUMBER<br>6282673                                                              312.207.1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |