IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN TODD ROSELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.: 08CV3275 |
| vs. | ) | JUDGE DOW |
| | ) | MAGISTRATE JUDGE VALDEZ |
| NORTHERN TRUST CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Defendant Northern Trust Corporation submits this disclosure statement providing notification to the Court of its affiliates pursuant to Local Rule 3.2.

Defendant Northern Trust Corporation is a publicly held entity. As of January 1, 2008, Barclays Global Investors, NA and certain of its affiliates beneficially owned 15,833,324 shares or 7.2% of the outstanding common stock of Northern Trust Corporation in trust accounts for the economic benefit of the beneficiaries of those accounts. Barclays Global Investors, NA itself beneficially owned 11,449,058 shares or 5.2% of the outstanding common stock of Northern Trust Corporation.

In addition, as of January 1, 2008, the Northern Trust Company and its affiliates individually acted as sole or co-fiduciary with respect to trusts and other fiduciary accounts which owned, held or controlled through intermediaries in the aggregate 23,558,563 or 10.68% of the outstanding common stock of Northern Trust Corporation.

- 2 -

Date:   July 9, 2008                              Respectfully submitted,


                                                  ____/s Gary S. Caplan_____
                                                  Gary S. Caplan (ARDC # 6198263)
                                                  Kendric M. Cobb (ARDC # 6282673)
                                                  REED SMITH LLP
                                                  10 South Wacker Drive
                                                  Chicago, IL 60606
                                                  Tel: 312-207-1000
                                                  Fax: 312-207-6400

                                                  *Counsel for Northern Trust Corporation*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the attached Notice of Affiliates Disclosure Statement to be served upon the following counsel via the Court's ECF system upon filing:

Lance A. Raphael
Stacy M. Bardo
Allison Krumhorn


__/s Gary S. Caplan_____