UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Sean Todd Roseland
        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−03275
　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

Northern Trust Corporation
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing date of 8/5/08 is stricken and Status hearing reset for 8/4/2008 at 09:15 AM.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.