# United States District Court, Northern District of Illinois

*MHW*

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3275 | **DATE** | 8/25/2008 |
| **CASE TITLE** | Sean Todd Roseland vs. Northern Trust Corporation | | |

**DOCKET ENTRY TEXT**

On the basis of the representations of the parties that all terms of the settlement have been complied with, the above-entitled case is hereby dismissed with prejudice and without costs to either side. Status hearing date of 9/10/08 is stricken.

*Docketing to mail notices.*



U.S. DISTRICT COURT
2008 AUG 25 PM 5:02
FILED

| | | Courtroom Deputy Initials: | TBK |
|---|---|---|---|